<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-4761**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD EUGENE SMALLWOOD,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, Chief District Judge. (CR-98-70076)

———————

Submitted: March 10, 2000          Decided: March 27, 2000

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel J. Travostino, Christopher M. Dove, DANIEL J. TRAVOSTINO, P.C., Leesburg, Virginia, for Appellant. Robert P. Crouch, Jr., United States Attorney, Thomas J. Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Eugene Smallwood appeals his convictions for conspiracy to destroy by fire a building used in interstate commerce and aiding and abetting the destruction of property by fire. On appeal, Smallwood claims that the district court erred by allowing the Government to introduce Fed. R. Evid. 404(b) material at trial. We do not find that the district court abused its discretion in allowing this evidence. See United States v. Queen, 132 F.3d 991, 995 (4th Cir. 1997) (providing standard), cert. denied, 523 U.S. 1101 (1998). A district court will not be found to have abused its discretion unless its decision to admit evidence under Rule 404(b) was "arbitrary or irrational." United States v. Haney, 914 F.2d 602, 607 (4th Cir. 1990).

Accordingly, we affirm Smallwood's convictions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court.

AFFIRMED